UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BILAL A.K.,[1]

Petitioner,

v.

WARDEN, FACILITY ADMINISTRATOR OF CALIFORNIA CITY CORRECTIONS CENTER,

Respondent.

No.  1:26-cv-3337-TLN-CKD

A # 249-017-075

**ORDER**

Petitioner, an immigration detainee proceeding through counsel, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 26, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  (ECF No. 10.)  Respondents

---

[1]   The Court omits Petitioner's full name to protect sensitive personal information.  *See* Memorandum Re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

1

filed objections to the findings and recommendations objecting for the same reasons raised in their prior filing.  (ECF No. 11 (referencing ECF No. 8).)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 10) are ADOPTED in full.

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED.

3. The preliminary injunctive relief previously granted is made permanent.  (*See* ECF No. 5.)

4. The Clerk of Court shall enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Date: June 24, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2